IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br>1) ISMAEL VAZQUEZ-LARRAURI<br>a/k/a Tara, a/k/a Junito, a/k/a El Gordo<br>2) VICTOR RODRIGUEZ-RIVERA<br>a/k/a Vitín<br>3) HIRAM TORRES-AVILES<br>a/k/a Bizcocho<br>4) ADALBERTO LEON-COLLAZO<br>a/k/a Berto<br>5) LUIS CARTAGENA-CARRASQUILLO<br>a/k/a Luis Moco<br>6) JULIO MORALES-VAZQUEZ<br>a/k/a Julio Quilla<br>7) JOSE RIOS-HERNANDEZ a/k/a El Gordo de la Vega a/k/a Tati Ríos<br>8) JOSE O. VAZQUEZ-FIGUEROA<br>a/k/a Chopa<br>9) NELSON CARDONA-SANTIAGO<br>10) FELIPE LOPEZ-DE-LA-CRUZ<br>11) BRENDA RODRIGUEZ-MARQUEZ<br>a/k/a La Punky<br>12) JOSE RICARDO BURGOS-RESTO<br>a/k/a Ricky Burgos<br>13) JAIRO VELAZQUEZ-RIVERA<br>**14) FERNANDO GONZALEZ-COLON**<br>a/k/a Naldin<br>15) HECTOR DIAZ-NOGUERAS<br>a/k/a Chico<br>16) EDWIN SANTOS-MARTINEZ<br>a/k/a Chino, a/k/a Chinito<br>17) LUIS ROSARIO-RIVERA a/k/a Luis el Negro<br>18) ROBERTO ORTIZ-RODRIGUEZ<br>a/k/a Robert el Viejo<br>19) ELIEZER BURGOS-TORRES a/k/a Eli<br>20) JOSE JIMENEZ-ROBLES a/k/a Joy<br>21) ANGEL IGARAVIDEZ-GONZALEZ<br>a/k/a Bebo<br>[COUNTS ONE THROUGH SEVEN]<br>22) LEONARDO RIVERA-VICENTE<br>a/k/a Naldi<br>[COUNTS ONE THROUGH FIVE AND SEVEN]<br>23) HECTOR L. VAZQUEZ-NIEVES<br>a/k/a Hectitor<br>24) VICTOR SUAREZ-LAGO a/k/a Pakay<br>25) ABRAHAM GARCIA-RIVERA<br>a/k/a Juni, a/k/a Juni Morrina<br>26) ALEXANDER ARROYO-GONZALEZ<br>a/k/a Alex Colchoneta | CRIMINAL 08-0281CCC |

CRIMINAL 08-0281CCC                              2

27) JOSE L. GONZALEZ-RIVERA
a/k/a Cano Diente
28) CARLOS O. RIVERA-RODRIGUEZ
a/k/a Carlos Omar
29) EFRAIN SANTIAGO-BURGOS
a/k/a Miyagui
30) NOELIA LOPEZ-ORTIZ
31) EUCLIDES DE JESUS-ROSA
a/k/a Clidu, a/k/a El Viejo de Coamo
32) MARLYN MARCANO-LOPEZ
33) ESTEBAN O. SERATE-SANTIAGO
a/k/a Omi el Negro
34) JASON JAUME-SUAREZ a/k/a Jason
35) JAVIER CASTRO-SUAREZ a/k/a Javi
36) OMAR RODRIGUEZ-ARROYO
a/k/a Omi Planicie
37) ALEX M. TRINIDAD a/k/a Alex
38) CARLOS A. RIVERA-MALAVE a/k/a La Ponca
39) JUAN C. SANTEL-MELENDEZ
a/k/a Melaza
40) RAYMOND RIVERA-RIVERA
41) CHRISTIAN ORTIZ-MELENDEZ
42) SERGIO RODRIGUEZ-MENDOZA
43) CARLOS SUAREZ-VEGA ak/a Bribón
44) MIGUEL VELEZ-BONILLA a/k/a Cano, Cachete
45) JOSE R. ORTIZ-RIVERA a/k/a Pito
46) JOSE LUIS LOPEZ-MENDEZ
a/k/a Ñoño, a/k/a Kiko
47) ENRIQUE RODRIGUEZ-MARQUEZ
48) CARLOS ROSARIO-ROSARIO
a/k/a Pinto
49) ALEX ORTIZ-CARABALLO
a/k/a Bocudo, a/k/a Mocudo, a/k/a Flaco
50) GERARDO MARCANO-RIVERA
a/k/a Bebe
51) ISMAEL OCASIO-LAGO
a/k/a Ismaelito, a/k/a Esquimalito
52) WILLIAM VAZQUEZ-RIVERA
a/k/a Cabito
53) ANGELICA DELGADO-VALDEZ
a/k/a Angie
54) NELSON MARTINEZ-ROMAN
55) HUMBERTO CARABALLO-RESTO
a/k/a Papo XXX
56) RAMON FALCON-SANTOS a/k/a Bebe
57) OBED JIMENEZ-ROBLES
58) ANGEL R. LAGO-CAMACHO a/k/a Rafi
59) JOVANNY SIERRA-ORTIZ
60) ZANDY TORRES-MENDEZ
61) ALEXIS LOPEZ-PEREZ a/k/a Pamela
62) JOSE BARRETO-LUGO
63) JOSE A. ORTIZ-RIOS a/k/a Papo Lover

CRIMINAL 08-0281CCC                              3

| |
|---|
| 64) BENJAMIN CLAUDIO-COTTO a/k/a Puchi<br>65) OSVALDO IRIZARRY-RIVERA a/k/a El Gringo<br>66) ERIC A. RODRIGUEZ-MARTINEZ a/k/a Testin<br>67) DIGNA VIOLETA-LARRAURI<br>68) VANESSA RIVERA-MELENDEZ a/k/a Vanessa Black Angus<br>69) NELIDA ORTIZ<br>70) RICARDO ORTIZ-RIVERA a/k/a Deo<br>71) YARITZA MELENDEZ-FUENTES<br>[COUNTS ONE THROUGH FIVE AND SEVEN]<br>Defendants |

# O R D E R

Having considered the Report and Recommendation filed on September 30, 2011 (**docket entry 2640**) on a Rule 11 proceeding of defendant Fernando González-Colón (14) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on September 30, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Fernando González-Colón (14) is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 30, 2011. The **sentencing hearing is set for February 2, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 31, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge